

"ORIGINAL"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

WAYNE H. NORMAN

PLAINTIFF,

CIVIL ACTION: <u>3:12-CV-492-L</u>

**JURY DEMAND**

TRS RECOVERY SERVICES, INC.,

DEFENDANT.

## Motion for Partial Summary Judgment

The Plaintiff, Wayne H. Norman, files this Motion for Partial Summary Judgment and would show as follows:

1. **Summary** – The element(s) of each claim as to which summary judgment is sought are:

  a. that the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. section 1692e(11) as alleged in Paragraphs 13, 19, 20, and 21 of the Amended Complaint;

  b. that the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. section 1682c(c) as alleged in Paragraph 22 of the Amended Complaint;

1

## 2. Legal Factual Grounds on Which the Plaintiff Relies:

a. the FDCPA is a strict liability statute, and requires that the affirmative notice requirement, or "mini-miranda" must be given in all communications from a debt collector to a consumer;

b. the FDCPA is a strict liability statute, and requires that debt collection efforts must cease after being notified in writing to do so;

WHEREFORE, the Plaintiff respectfully requests that the Court grant a summary judgment as requested for such other and further relief, both at law and in equity, to which the Defendants may be justly and legally entitled.

Respectfully submitted,

/s/ Wayne H. Norman

Wayne H. Norman

509 Elgin Apt. 1

Forest Park, Il 60130

(682) 241-8688

whnorman@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 3rd, 2012, I electronically filed the foregoing with the clerk for the U.S. District Court, Northern District of Texas, using the CM/ECF system which will send notification to case participants registered for electronic notice.

**ANDERSON TOBIN, PLLC**

Kendal B. Reed

One Galleria Tower

1355 Noel Road, Suite 1900

Dallas, Texas 75240

**ATTORNEYS FOR DEFENDANT**

**TRS RECOVERY SERVICES, INC.**

/s/ Wayne H. Norman

**PRIORITY MAIL®**
UNITED STATES POSTAL SERVICE

Flat Rate Mailing Envelope
For Domestic and International Use
Visit us at usps.com

RECEIVED
OCT - 2012
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.

INTERNATIONAL RESTRICTIONS APPLY:
4-POUND WEIGHT LIMIT ON INTERNATIONAL APPLIES

Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.gov or ask a retail associate for details.

Please recycle.

From:/Expéditeur:
Wayne Newman
505 Elgin Apt #1
Forest Park, IL 60130

To:/Destinataire:
United States District Court
1100 Commerce - Rm 1452
Dallas, TX 75242-1495

SHIP TO:
DALLAS TX 75242

USPS TRACKING NUMBER
420 75242 9502 5000 0692 2304 00

082708 PM EP14F OCT 2008
EP14F